NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE CONTAINER STORE,**
*Plaintiff-Appellee,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

---

2012-1133

---

Appeal from the United States Court of International Trade in case no. 05-CV-0385, Judge Delissa A. Ridgway.

---

## ON MOTION

---

## ORDER

The United States moves for a 14-day extension of time, until March 23, 2012, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 1 6 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Frances P. Hadfield, Esq.
     Marcella Powell, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 6 2012

JAN HORBALY
CLERK